**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**SENTRY SELECT INSURANCE COMPANY**                    **PLAINTIFF**

**V.**                                        **CIVIL CAUSE NO. 1:22-CV-14-DMB-DAS**

**MICHAEL COCKRELL AND JOHN DOES A-D**                    **DEFENDANTS**

<u>ORDER</u>

On May 23, 2023, the court granted the plaintiff Sentry Select Insurance Company's Motion to Compel Judgment Debtor to Appear for Examination and Motion for Sanctions for Failure to Appear at a properly Noticed Deposition. Docket 24. The court's order directed the defendant Michael Cockrell to show cause why he should not be ordered to pay the plaintiff's attorney's fees in the amount of $5,538.33. *Id.* The defendant did not respond, and on June 15, 2023, the court ordered the defendant to reimburse the plaintiff in the amount of $5,538.33 for the reasonable costs it incurred in filing the motion to compel. Docket 30.

On June 19, 2023, the defendant Michael Cockrell filed a motion to set aside the court's entry of default and default judgment. Docket 31. The defendant simultaneously filed a motion to reconsider the court's order granting sanctions for his failure to appear. Docket 33. By necessity the court's decision on the defendant's motion for reconsideration depends wholly on the court's resolution of his motion to set aside entry of default and default judgment. Accordingly, the motion for reconsideration is denied without prejudice. Upon the court's determination of the motion to set aside entry of default and default judgment, the defendant may renew his request for reconsideration if so warranted.

This the 26th day of October, 2023.

/s/ **David A. Sanders**
**UNITED STATES MAGISTRATE JUDGE**